```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

**MELISSA A. WILLIAMS,**          *
                                  *
    **Plaintiff,**               *
                                  *
**vs.**                           *   Civil Action No. 13-00415-B
                                  *
**CAROLYN W. COLVIN,**            *
**Commissioner of Social Security,** *
                                  *
    **Defendant.**               *

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for a period of disability, disability insurance benefits, and supplemental security income is **AFFIRMED.**

**DONE** this **26th** day of **August, 2014.**

                                              **/s/ SONJA F. BIVINS**
                                      **UNITED STATES MAGISTRATE JUDGE**